

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2022

No. 04-22-00369-CV

Lavelle **BROWN**, Kathia Viquez and Viquez Realty, LLC,
Appellant / Cross- Appellee

v.

Krista **GILMORE**,
Appellee / Cross- Appellant

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV00936A
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a reply brief is GRANTED. Appellant's reply brief is due January 9, 2023.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court